**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| IN RE: David Charles McCarble<br>1620 Potomac Dr<br>Houston, TX 77057-1928<br><br>DEBTOR | CHAPTER 13<br><br>CASE NO. 25-32528-H1 |

**NOTICE OF TRUSTEE'S**
**INTENT TO PAY CLAIMS**

Comes now the standing Chapter 13 Trustee who would show the Court that he has examined the proofs of claim. After such examination, the Trustee states that claims should be deemed allowed, or 'not filed' as indicated below.

IF YOU WANT A HEARING, YOU MUST REQUEST ONE IN WRITING AND YOU MUST RESPOND SPECIFICALLY TO EACH PARAGRAPH OF THIS PLEADING. YOU MUST FILE YOUR RESPONSE WITH THE CLERK OF THE BANKRUPTCY COURT WITHIN 21 DAYS FROM THE DATE YOU WERE SERVED AND GIVE A COPY TO THE PERSON WHO SENT YOU THE NOTICE; OTHERWISE THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT RELIEF.

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| David Charles McCarble<br>1620 Potomac Dr<br>Houston, TX 77057-1928 | $0.00 | DEBTOR REFUND |
| US BANK TRUST NATIONAL ASSOCIATION<br>SELENE FINANCE LP<br>3501 OLYMPUS BLVD, 5TH FLOOR, SUITE 500<br>DALLAS, TX 75019 | Claim Filed.<br>Ongoing amount<br>subject to change | ON-GOING MORTGAGE (THRU PLAN)<br>ACCT: 7400<br>COMM: 6/25-5/30<br>HOMESTEAD |
| KEELING GUTIERREZ<br>3310 KATY FREEWAY<br>STE 200<br>HOUSTON, TX 77007 | $2,358.00 | ATTORNEY FEES<br><br>COMM: ATTY FEES PER PLAN-FFA S/O 5/6/25 |
| FIRST NATIONAL BANK OF OMAHA<br>1620 DODGE ST STOP CODE 3113<br>OMAHA, NE 68197 | $6,500.13 | UNSECURED CREDITOR<br>ACCT: 1556<br>COMM: CREDIT CARD |
| QUANTUM3 GROUP LLC<br>PO BOX 2489<br>KIRKLAND, WA 98083 | $723.33 | UNSECURED CREDITOR<br>ACCT: 0436<br>COMM: MONEY LOANED |

CASE NO. 25-32528-H1 David Charles McCarble

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| QUANTUM3 GROUP LLC<br>PO BOX 2489<br>KIRKLAND, WA 98083 | $962.33 | UNSECURED CREDITOR<br>ACCT: 7490<br>COMM: MONEY LOANED |
| QUANTUM3 GROUP LLC<br>PO BOX 2489<br>KIRKLAND, WA 98083 | $208.45 | UNSECURED CREDITOR<br>ACCT: 5122<br>COMM: MONEY LOANED |
| ROBERTSON ANSCHUTZ SCHNEID CRANE &<br>PARTNERS PLLC<br>13010 MORRIS RD, SUITE 450<br>ALPHARETTA, GA 30004-5197 | $0.00 | PARTY REQUESTING NOTICE<br><br>COMM: NOTICE ONLY (US BANK<br>TRUST NA) |
| MERRICK BANK<br>PO BOX 10368<br>GREENVILLE, SC 29603-0368 | $824.44 | UNSECURED CREDITOR<br>ACCT: 5497<br>COMM: CREDIT CARD |
| US BANK TRUST NATIONAL ASSOCIATION<br>SELENE FINANCE LP<br>3501 OLYMPUS BLVD, 5TH FLOOR, SUITE 500<br>DALLAS, TX 75019 | $30,865.38 | MTG-PREPETITION ARREARS<br>ACCT: 7400<br>COMM: 1620 POTOMAC DR |
| YMA INVESTMENT LLC<br>6545 MARKET AVE N STE 100<br>CANTON, OH 44721-2430 | $0.00 | NOT FILED<br><br>COMM: PER AMD SCH F DKT #35 |
| HARRIS COUNTY ET AL<br>PO BOX 3547<br>HOUSTON, TX 77253-3547 | $0.00 | TO BE PAID OUTSIDE THE PLAN<br><br>COMM: 1620 POTOMAC DR<br>HOUSTON TX 77057 |
| BANK OF THE WEST<br>600 17TH ST STE 1500<br>DENVER, CO 80202-5452 | $0.00 | NOT FILED |
| CAPITAL ONE NA<br>BY AIS INFOSOURCE LP AS AGENT<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | $839.87 | UNSECURED CREDITOR<br>ACCT: 7908<br>COMM: CREDIT CARD |
| CAPITAL ONE NA<br>BY AIS INFOSOURCE LP AS AGENT<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | $418.90 | UNSECURED CREDITOR<br>ACCT: 7718<br>COMM: CREDIT CARD |

CASE NO. 25-32528-H1 David Charles McCarble

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| LVNV FUNDING LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | $136.92 | UNSECURED CREDITOR<br>ACCT: 1933<br>COMM: CREDIT CARD |
| GENESIS FS CARD SERVICES<br>PO BOX 4477<br>BEAVERTON, OR 97076 | $0.00 | NOT FILED<br>ACCT: 7490 |
| THE TOWBER LAW FIRM PLLC<br>6750 WEST LOOP SOUTH, SUITE 920<br>BELLAIRE, TX 77401 | $0.00 | PARTY REQUESTING NOTICE<br><br>COMM: NOTICE ONLY |
| HARRIS COUNTY LGBS CLIENTS<br>PO BOX 3064<br>HOUSTON, TX 77253 | $6,286.43 | TO BE PAID OUTSIDE THE PLAN<br>ACCT: 1620 POTOMAC DR<br>COMM: EST 2025 TAXES |
| CITY OF HOUSTON<br>C/O LINEBARGER GOGGAN BLAIR &<br>SAMPSON LLC<br>PO BOX 3064<br>HOUSTON, TX 77253 | $0.00 | PARTY REQUESTING NOTICE<br><br>COMM: NOTICE ONLY |
| HOUSTON COMM COLL SYSTEM<br>LINEBARGER GOGGAN BLAIR & SAMPSON<br>LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | $0.00 | PARTY REQUESTING NOTICE<br><br>COMM: NOTICE ONLY |
| HOUSTON ISD<br>LINEBARGER GOGGAN BLAIR & SAMPSON<br>LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | $0.00 | PARTY REQUESTING NOTICE<br><br>COMM: NOTICE ONLY |
| US BANK TRUST NATIONAL ASSOCIATION<br>SELENE FINANCE LP<br>3501 OLYMPUS BLVD, 5TH FLOOR, SUITE 500<br>DALLAS, TX 75019 | $900.00 | MTG-FEES, COSTS AND EXPENSES (3002.1)<br>ACCT: 7400<br>COMM: SUPP CLM DKT #47 (POC FEES 7/7/25; 410A 7/7/25; PLAN RVW 5/9/25) |
| KEELING GUTIERREZ<br>3310 KATY FREEWAY<br>STE 200<br>HOUSTON, TX 77007 | $500.00 | ATTORNEY FEES<br><br>COMM: 120 DAY HOLD - FFA S/O 5/6/25 |

CASE NO. 25-32528-H1 David Charles McCarble

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
| --- | --- | --- |
| KEELING GUTIERREZ<br>3310 KATY FREEWAY<br>STE 200<br>HOUSTON, TX 77007 | $5,000.00 | ATTORNEY FEES<br><br>COMM: (FUTURE FEES) |
| DAMIAN WALDMAN ESQ<br>LAW OFFICES OF DAMIAN G WALDMAN PC<br>PO BOX 5162<br>LARGO, FL 33779 | $0.00 | PARTY REQUESTING NOTICE<br><br>COMM: NOTICE ONLY (YMA INVESTMENT LLC) |
| YMA INVESTMENT LLC<br>2903 W NEW HAVEN AVE<br>BOX 348<br>MELBOURNE, FL 32904 | $105,258.00 | FILED LATE<br><br>COMM: 1620 POTOMAC DR (FILED LATE) (NOT PROV) |
| **TOTAL:** | **$161,782.18** | |

CASE NO. 25-32528-H1 David Charles McCarble

A NOTICE HAS BEEN SENT ON THIS DATE TO EACH CREDITOR SHOWN ABOVE, ADVISING EACH CREDITOR OF THE INFORMATION CONTAINED IN THIS NOTICE. ALL CREDITORS HAVE BEEN ADVISED TO CONTACT THE TRUSTEE IF THE CREDITOR DISAGREES WITH THE INFORMATION CONTAINED ON THIS NOTICE. A COPY OF THIS NOTICE HAS ALSO BEEN SENT TO THE DEBTOR, DEBTOR'S COUNSEL AND THE UNITED STATES TRUSTEE.

NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN REQUEST FOR HEARING IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT WITHIN TWENTY ONE (21) DAYS FROM THE DATE OF SERVICE HEREOF, UNLESS THE COURT SHORTENS OR EXTENDS THE TIME FOR FILING SUCH REQUEST FOR HEARING.

IF NO HEARING ON THIS NOTICE IS TIMELY REQUESTED, THE TRUSTEE'S ACTION SHALL BE DEEMED TO BE UNOPPOSED PURSUANT TO 11 U.S.C. SEC. 101(1)(B). IF YOU REQUEST A HEARING, YOU MUST SERVE A COPY OF YOUR REQUEST FOR HEARING ON THE TRUSTEE, THE DEBTOR, AND AFFECTED CREDITOR.

WHEREFORE, your Trustee prays that those claims which have been filed be deemed allowed as shown above for the purpose of distribution pursuant to the confirmed plan and other orders of this Court, and that any objection to claim not filed within twenty days after service hereof be barred .

DATED: August 19, 2026

/s./ David G. Peake

DAVID G. PEAKE, TRUSTEE
ADMISSIONS ID NO. 15679500
1 SUGAR CREEK CENTER BLVD, STE. 300
SUGAR LAND, TX 77478
(713)283-5400

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing Chapter 13 Trustee's Notice of Intent to Pay Claims has been served on the listed parties by mailing a copy of same to the address listed above via first class mail August 21, 2026.

Electronically signed by
David G. Peake, Chapter 13 Trustee